■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER WESTON, Appellant.— Order entered on September 20, 1960, denying defendant's application for a writ of error *coram nobis,* unanimously affirmed. No opinion. Concur — Valente, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS E. TIMMONS, Appellant.— Order entered on March 2, 1960, denying defendant's application for a writ of error *coram nobis,* unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■ In the Matter of HERMAN C. POLLACK, an Attorney.— Motion for an order directing the Clerk of this court to deliver minutes granted and the Clerk of this court is directed to deliver to Herman C. Pollack the copies of the minutes which were submitted by his counsel for the convenience of the court. Concur — Botein, P. J., Breitel, Stevens, Eager and Steuer, JJ.

■ (A) In the Matter of LILLIAN SANDOW, Also Known as LILLIAN ZUCKERMAN, Deceased. HARRIET K. GREENBERG; ETHEL ROTHMAN. (B) In the Matter of LILLIAN SANDOW, Also Known as LILLIAN ZUCKERMAN, Deceased. IRVING ZUCKERMAN; ETHEL ROTHMAN.— [In each proceeding] Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Motion for leave to dispense with printing denied. Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Valente, Stevens and Steuer, JJ.

■ BANCO DO BRASIL, S. A., v. A. C. ISRAEL COMMODITY CO., INC., et al.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Botein, P. J., Rabin McNally and Stevens, JJ.

■ FASS & WOLPER, INC., v. LOUIS HARROW et al.— Motion for leave to reargue denied, with $10 costs. Concur — Botein, P. J., Rabin, McNally and Stevens, JJ.

■ BATES CHEVROLET CORP. v. HAVEN CHEVROLET, INC., et al.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bastow, JJ.

■ JEAN M. BLACK v. WILLIAM BLACK et al.— Motion for leave to reargue or for leave to appeal to the Court of Appeals, and for a stay, denied. The stay contained in the order to show cause, dated May 4, 1961, is vacated. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ NICHOLAS BUX v. ABRAHAM S. ROBINSON et al.— Application denied, with $10 costs. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.

■ STEPHEN K. RAPP v. WILLIAM J. RAPP.— Application denied, with $10 costs. The stay contained in the order to show cause, dated May 19, 1961, is vacated. Concur — Botein, P. J., Breitel, Rabin, Valente and Steuer, JJ.

■ MARY DAMIANO v. GIOVANNI DAMIANO, Also Known as JOHN DAMIANO, et al.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied. Concur — Breitel, J. P., Rabin, McNally, Stevens and Steuer, JJ.

■ LEX-56TH CORP. v. PATRICIA MORGAN.— Application denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and Steuer, JJ.

■ THOMAS A. DONOVAN v. MAINTENANCE CONTRACTORS, INC.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.